# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 08-35247 GMB

Debtor: Andrew R. Crovo

| Check Number | Creditor | Amount |
| --- | --- | --- |
| 1831183 | Cenlar | 3168.45 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   January 9, 2014